OPINION # O-7452                    WAS NEVER ISSUED OR

WAS WITHDRAWN.